IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff )<br>)<br>vs )<br>)<br>JAMES SUMLER )<br>ADAM GRIFFEY )<br>JOHN DAVENPORT )<br>          Defendants ) | Criminal No. 00-102 |

## ORDER OF COURT

AND NOW, to wit, this __5th__ day of __June__, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

These pleadings are to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings shall file a request with the Clerk with notification to all parties. These pleadings are to remain sealed for the next __10__ years.

Documents: 43, 64, 73, 101

                                                _/s/ Arthur J. Schwab_
                                                Arthur J. Schwab
                                                U.S. District Judge