IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff | )<br>)<br>) |
| vs | ) Criminal No. 00-102<br>) |
| ADAM GRIFFEY<br>JAMES SUMLER<br>JOHN DAVENPORT<br>        Defendant | )<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, to wit, this  5th  day of  June , 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

Documents: 75, 76, 95

_____
Arthur J. Schwab
U.S. District Judge